UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL OLEKSA,**

    **Plaintiff,**

v.                                            Case No. 09-10764
                                               HONORABLE DENISE PAGE HOOD

**GUARDIAN ALARM COMPANY,**
**OF MICHIGAN, d/b/a T.M. Enterprise**
**Services, Inc., a Guardian Alarm Company,**

    **Defendant.**
_____/

## JUDGMENT

    This action was tried by a jury with Judge Denise Page Hood presiding, and the jury has rendered a verdict. Accordingly, it is ordered that,

    A judgment of no cause of action is entered in favor of Defendant Guardian Alarms, Inc. and against Plaintiff Michael Oleksa.

                                                      DAVID J. WEAVER
                                                      CLERK OF COURT

Approved:                                       By: s/ Wm. F. LEWIS
                                                    Deputy Clerk

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

Dated: October 22, 2010

Detroit, Michigan